# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 1/9/2023 |
| Case: 20−50976−CTG | Form ID: van417 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust    U.S. Trustee    Office of the United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801
ust    U.S. Trustee    Office of United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19899−0035

TOTAL: 2